UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DISTRICT COUNCIL NO. 9 INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES, A.F.L., C.I.O.<br><br>Petitioner,<br><br>-v-<br><br>SAHARA CONSTRUCTION CORP.,<br><br>Respondent. | 21 Civ. 167 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

      On January 8, 2021, petitioner filed an application to confirm an arbitral award. Dkt. 1. The petition was served on respondent Sahara Construction Corporation ("Sahara") on January 19, 2021. Dkt. 10. Sahara has not entered an appearance in this matter nor filed a response. Sahara must file any opposition to the petition by February 26, 2021, or the Court will treat the petition as unopposed. If Sahara does timely oppose the petition, any reply by petitioners is due by March 12, 2021. The Court directs petitioner to serve this order forthwith on Sahara, and to file an affidavit reflecting such service on the docket of this case by close of business Tuesday, February 16, 2021.

      SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: February 12, 2021
       New York, New York