**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DISTRICT COUNCIL NO. 9 INTERNATIONAL
UNION OF PAINTERS AND ALLIED TRADES,
A.F.L.-C.I.O.,

                              Petitioner,

        -against-                                  21 **CIVIL** 167 (PAE)

                                                        **<u>JUDGMENT</u>**

SAHARA CONSTRUCTION CORP.,

                              Respondent.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated May 14, 2021, the Award is confirmed in favor of the Union and judgment is hereby entered in the amount of $3,000 payable to the Joint Trade Committee. The Court denies the Union's request for attorneys' fees and costs; accordingly, this case is closed.

**Dated:** New York, New York

      May 14, 2021

                                                                    **RUBY J. KRAJICK**

                                                                    **Clerk of Court**
                             **BY:**          *K. Mango*

                                                                      **Deputy Clerk**